UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO OSEGUEDA and ROBERT PALAMINO,<br><br>Plaintiff,<br><br>v.<br><br>STANISLAUS COUNTY PUBLIC SAFETY CENTER, et al.,<br><br>Defendants. | Case No. 1:16-cv-01218-LJO-BAM<br><br>ORDER CONTINUING INITIAL SCHEDULING CONFERENCE |

Pursuant to the stipulation of the parties filed on April 3, 2017, and good cause appearing, the Initial Scheduling Conference currently set for April 12, 2017, is HEREBY CONTINUED to **May 25, 2017, at 9:30 a.m. in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe.** Should the District Court resolve the pending motion to dismiss well before the continued scheduling conference date, the parties may contact Courtroom Deputy Harriet Herman at (559) 499-5788 with proposed dates to have the scheduling conference advanced on the calendar. One week prior to the conference, the parties SHALL FILE a joint scheduling report. The parties are encouraged to appear telephonically at the scheduling conference and may do so with each party using the following dial-in number and passcode:  dial-in: 1-877-411-9748; passcode: 3190866.

IT IS SO ORDERED.

Dated:   **April 6, 2017**             /s/ Barbara A. McAuliffe            
UNITED STATES MAGISTRATE JUDGE

1