AMBER LUNSFORD ( CSB No. 276908)
**LUNSFORD LEGAL GROUP, P.C.**
1202 H Street, Suite A
Modesto, CA 95354
Telephone: (209) 857-8608

LOREN LUNSFORD ( CSB No. 213966)
**THE LUNSFORD LAW FIRM**
980 Ninth Street, 16th Floor
Sacramento, CA 95814
Telephone: (916) 575-8846

Attorneys for Plaintiffs
Armando Osegueda, Robert Palomino,
David Lomeli, and Jairo Hernandez

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO OSEGUEDA; ROBERT PALOMINO, DABID LOMELI, JAIRO HERNANDEZ<br><br>Plaintiffs,<br><br>v.<br><br>STANISLAUS COUNTY PUBLIC SAFETY CENTER, STANISLAUS COUNTY SHERIFF'S OFFICE, ADAM CHRISTIANSON, Stanislaus County Sheriff, BILL DUNCAN, Captain of Adult Detention, LIEUTENANT GREG CLIFTON, Unit 1 and Unit 2 Commander, LIEUTENANT RONALD LLOYD, Commander of Bureau Administrative Services, SERGEANT STEVEN VERVER, and JAMES SHELTON<br>    Defendants. | Case No. 1:16-cv-01218-LJO-BAM<br><br>**STIPULATION AND ORDER TO STRIKE CLASS ALLEGATIONS** |

# STIPULATION

Plaintiffs Armondo Osegueda, Robert Palomino, David Lomeli, and Jairo Hernandez, by and through their counsel of record, Amber H. Lunsford, Esq. and defendants Stanislaus County Public Safety Center, Stanislaus County Sheriff's Office, Sheriff Adam Christianson, Capt. Bill Duncan, Lt. Greg Clifton, Lt. Ronaldo Lloyd, Sgt. Steven Verver, and Sgt. James Shelton, by and through their counsel of record, Jonathan B. Paul, Esq., hereby submit this stipulation to strike, all class action allegations set forth in the Second Amended Complaint. (Doc. No. 22.)

Striking of the class action allegations is proper under Federal Rules of Civil Procedure, Rule 12(f) because no motion for class certification has been or will be filed, and no substantive issues have been litigated or determined. See <u>Manning v. Boston Med. Ctr. Corp</u>. 725 F.3d 34, 59 (1st Cir. 2013) "If it is obvious from the pleadings that the proceeding cannot possibly move forward on a classwide basis, district courts use their authority under Federal Rule of Civil Procedure 12(f) to delete the complaint's class allegations." This matter should proceed solely upon the claims of the four individual Plaintiffs Armando Osegueda, Robert Palomino, David Lomeli, and Jairo Hernandez as outlined in the District Court's order of April 11, 2017.

IT IS SO STIPULATED.

DATED: February 2, 2018                Respectfully submitted,


LUNSFORD LEGAL GROUP


/s/ Amber H. Lunsford
AMBER H. LUNSFORD
Attorneys for Plaintiffs Armando Osegueda, Robert Palomino, David Lomeli, and Jairo Hernandez

///

| | |
|---|---|
| Date: February 2, 2018 | RIVERA & ASSOCIATES |
| | /s/ *Jonathan B. Paul* (as authorized on 2/2/18) |
| | Jonathan B. Paul<br>Attorneys for Defendants Stanislaus County Public Safety Center, Stanislaus County Sheriff's Office, Sheriff Adam Christianson, Capt. Bill Duncan, Lt. Greg Clifton, Lt. Ronaldo Lloyd, Sgt. Steven Verver, and Sgt. James Shelton |

**ORDER**

Pursuant to the stipulation of the parties, all class allegations set forth in the Second Amended Complaint (Doc. 22) are hereby stricken from the operative complaint and this matter shall proceed solely upon the claims of the four individual Plaintiffs Armando Osegueda, Robert Palomino, David Lomeli, and Jairo Hernandez as set forth in the Court's Order of April 11, 2017.

IT IS SO ORDERED.

Dated: __**April 17, 2018**__                    /s/ *Barbara A. McAuliffe*
                                                    UNITED STATES MAGISTRATE JUDGE