UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO OSEGUEDA, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>STANISLAUS COUNTY PUBLIC SAFETY CENTER, et al.,<br><br>　　　　　　Defendants. | Case No. 1:16-cv-01218-LJO-BAM<br><br>ORDER REGARDING STIPULATION REQUESTING STAY OF ALL PROCEEDINGS<br><br>(Doc. 49) |

Pursuant to the stipulation of the parties filed on January 23, 2019 (Doc. 49), and good cause appearing, this action is HEREBY STAYED pending resolution of the state criminal proceedings against Plaintiffs Armando Osegueda and Robert Palomino. Plaintiffs shall file a status report every ninety (90) days, beginning from the date of this Order, notifying the Court of the status of the criminal proceedings. Failure to comply with this order may result in the imposition of sanctions.

IT IS SO ORDERED.

　　Dated: **January 29, 2019**　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1