# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO OSEGUEDA, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>STANISLAUS COUNTY PUBLIC SAFETY CENTER, et al.,<br><br>   Defendants. | Case No. 1:16-cv-01218-LJO-BAM<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO OBEY A COURT ORDER<br><br>(Doc. No. 50.)<br><br>**FOURTEEN (14) DAY DEADLINE** |

Plaintiffs Armando Osegueda and Robert Palomino ("Plaintiffs") filed this action on August 16, 2016. (Doc. No. 1.) On January 29, 2019, the Court approved the parties' stipulation to stay this matter pending resolution of the state criminal proceedings against Plaintiffs. (Doc. No. 50.) The Court further directed Plaintiffs to file a written status report every ninety (90) days notifying the Court of the status of the criminal matter. (*Id.*) To date, Plaintiffs have not complied with the Court's order and has not submitted any written status reports.

Accordingly, Plaintiffs are HEREBY ORDERED to SHOW CAUSE why sanctions should not be imposed for their failure to comply with the Court's order requiring the submission of a status report every ninety (90) days. Plaintiffs shall file a written response to this order to show cause within **fourteen (14) days** of service of this order. Plaintiffs may also comply with this order by filing the required status report.

1

**Failure to respond to this order to show cause may result in the imposition of sanctions on counsel or parties who contribute to violation of the Court's order.**

IT IS SO ORDERED.

Dated: **December 27, 2019**          /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE