UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO OSEGUEDA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>STANISLAUS COUNTY PUBLIC SAFETY CENTER, et al.,<br><br>Defendants. | Case No. 1:16-cv-01218-NONE-BAM<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(Doc. No. 60.) |

Plaintiffs Armando Osegueda and Robert Palomino filed this action on August 16, 2016. (Doc. No. 1.) On February 5, 2017, a Second Amended Complaint was filed adding David Lomeli and Jairo Hernandez as Plaintiffs. (Doc. No. 22.) On January 29, 2019, the Court approved the parties' stipulation to stay this matter pending resolution of the state criminal proceedings against Plaintiffs. (Doc. No. 50.) The Court further directed Plaintiffs to file a written status report every ninety (90) days notifying the Court of the status of the criminal matter. (*Id.*)

On December 27, 2019, after no status reports had been filed, the Court issued an Order to Show Cause why sanctions should not be imposed for failure to comply with an order of the Court. (Doc. No. 53.) Plaintiffs were required to file either a written response or the required status report by January 10, 2020. (*Id.*) Plaintiffs did not file a written response or status report as required by the Court's December 27, 2019 order. Accordingly, on January 29, 2020, the Court ordered Plaintiffs' counsel Amber Hope Gordon to personally appear before the Court on February 12, 2020, to show cause why the action should not be dismissed for failure to prosecute and failure to comply with the Court's orders. (Doc. No. 56.) Counsel was permitted to comply with the Court's January 29, 2020 Order to Show Cause by filing the required status report by

February 10, 2020.  (*Id.*)

On January 29, 2020, Plaintiffs filed the required status report.  (Doc. No. 54.)  The Court accordingly discharged the Orders to Show Cause issued December 27, 2019, and January 29, 2020. (Doc. No. 60.) However, counsel was reminded of Plaintiffs' ongoing obligation to file a written status report every ninety (90) days notifying the Court of the status of the criminal matter. (*Id.*) Counsel was further cautioned that any future failure to comply with an order of the Court will result in the imposition of sanctions. (*Id.*)

On May 4, 2020, after Plaintiffs again failed to file a status report, the Court issued another Order to Show Cause why sanctions should not be imposed. (Doc. No. 60.) Plaintiffs were ordered to respond in writing within fourteen (14) days and were permitted to comply with the Order to Show Cause by filing the required status report. (*Id.*) On May 22, 2020, Plaintiffs filed a status report stating that Messrs. Osegueda and Palomino's criminal cases are ongoing while Messrs. Lomeli and Hernandez's cases have been completed. (Doc. No. 61.) Plaintiffs request that the case continue to be stayed pending the outcome of Messrs. Palomino and Osegueda's criminal cases. (*Id.*)

In light of the status report, the Court will discharge the May 4, 2020 Order to Show Cause. However, the Court notes that, in addition to being untimely in the first instance, Plaintiffs' status report was filed well after the deadline for a response to the Order to Show Cause. Counsel is once again reminded of the obligation to file status reports every ninety (90) days. The repeated failures to comply with the Court's orders are looked upon with disfavor and **future failures will result in the imposition of sanctions** against counsel.

Accordingly, IT IS HEREBY ORDERED that the Court's Orders to Show Cause issued May 4, 2020 (Doc. No. 60) is HEREBY DISCHARGED.  No sanctions will be imposed.

IT IS SO ORDERED.

Dated:   **May 26, 2020**              /s/ *Barbara A. McAuliffe*
                                                   UNITED STATES MAGISTRATE JUDGE