1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | ARMANDO OSEGUEDA, et al.,                Case No.  1:16-cv-01218-JLT-BAM

12 |              Plaintiffs,                  ORDER VACATING FINDINGS AND
                                              RECOMMENDATIONS RECOMMENDING
13 |      v.                                  DISMISSAL OF ACTION FOR FAILURE TO
                                              OBEY A COURT ORDER
14 | STANISLAUS COUNTY PUBLIC
   | SAFETY CENTER, et al.,                   (Doc. 79)
15
   |              Defendants.                 ORDER DIRECTING COUNSEL TO FILE
16 |                                          MOTION TO WITHDRAW

17
18
19

20           On January 29, 2019, the Court approved the parties' stipulation to stay this matter

21   pending resolution of the state criminal proceedings against Plaintiffs Armando Osegueda and

22   Robert Palomino. (Doc. 50.) The Court ordered Plaintiffs to file a written status report every

23   ninety (90) days notifying the Court of the status of the criminal matter. (*Id.*)

24           On April 14, 2022, the Court issued findings and recommendations recommending

25   dismissal of this action based on the repeated failure of Plaintiffs Armando Osegueda, Robert

26   Palomino, David Lomeli and Jairo Hernandez to file timely status reports.  (Doc. 79.)  The

27   findings and recommendations were served on the parties and contained notice that any

28   objections by Plaintiffs should be filed within fourteen (14) days of service.  (*Id.*)

                                               1

On April 25, 2022, in lieu of filing objections, Plaintiffs' counsel filed a Case Status Update. (Doc. 80.) According to the report, the criminal cases against Plaintiffs Armando Osegueda and Robert Palomino are ongoing. In January 2022, Plaintiff Palomino reportedly terminated counsel's representation and advised that he was seeking new counsel or intended to proceed in pro per. Counsel has not had contact with any of the remaining plaintiffs and seeks to withdraw from this matter as to all plaintiffs. (*Id.*)

Having considered the response, the findings and recommendations to dismiss this action issued on April 12, 2022, are HEREBY VACATED. However, counsel's request to withdraw from this matter fails to comply with Local Rule 182, and the request will not be addressed substantively at this time. Local Rule 182 provides, in relevant part, as follows:

> **Withdrawal.** Unless otherwise provided herein, an attorney who has appeared may not withdraw leaving the client in propria persona without leave of court upon noticed motion and notice to the client and all other parties who have appeared. The attorney shall provide an affidavit stating the current or last known address or addresses of the client and the efforts made to notify the client of the motion to withdraw. Withdrawal as attorney is governed by the Rules of Professional Conduct of the State Bar of California, and the attorney shall conform to the requirements of those Rules. The authority and duty of the attorney of record shall continue until relieved by order of the Court issued hereunder. Leave to withdraw may be granted subject to such appropriate conditions as the Court deems fit.

E.D. Cal. L.R. 182(d). Insofar as counsel seeks to withdraw in this action, counsel must file a noticed motion in compliance with Local Rule 182 within **thirty (30) days** of the date of this Order. Counsel is cautioned that any failure to comply with the Court's order may result in the imposition of sanctions against counsel and/or reissuance of the recommendation to dismiss this action based on the repeated failures to comply with Court orders.

IT IS SO ORDERED.

Dated:   **April 26, 2022**          _/s/ Barbara A. McAuliffe_
                                  UNITED STATES MAGISTRATE JUDGE

2