UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO OSEGUEDA, et al.<br><br>Plaintiffs,<br><br>v.<br><br>STANISLAUS COUNTY PUBLIC SAFETY CENTER, et al.,<br><br>Defendants. | **No. 1:16-cv-01218-JLT-BAM**<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS**<br><br>**(Doc. 82)** |

Armando Osegueda and Robert Palomino initiated this action on August 16, 2016. (Doc. 1.) Plaintiffs' Second Amended Complaint, filed on February 5, 2017, added David Lomeli and Jairo Hernandez as plaintiffs. (Doc. 22.) On January 29, 2019, the Court approved the parties' stipulation to stay this matter pending resolution of state criminal proceedings against Plaintiffs Armando Osegueda and Robert Palomino. (Doc. 50.)

On June 16, 2022, the assigned magistrate judge issued amended findings and recommendations recommending that this action be dismissed based on Plaintiff's ongoing and repeated failures to comply with this Court's orders. (Doc. 82.) Those findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within 14 days after service. (*Id.*) No objections have been filed, and the time in which to do so has passed.

///

1

According to 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the findings and recommendations are supported by the record and proper analysis. Thus,

1. The findings and recommendations issued on June 16, 2022 (Doc. 82) are **ADOPTED IN FULL**.

2. This action is **DISMISSED** based on Plaintiffs' ongoing and repeated failures to obey this Court's orders.

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **July 7, 2022**

UNITED STATES DISTRICT JUDGE